IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Gloria Jean Edwards, | ) | Civil Action No. 3:12-cv-693-RMG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Plaintiff's motion for leave to proceed *in forma pauperis*. (Dkt. No. 3). This case was referred to the United States Magistrate Judge for pretrial proceedings pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2)(a) and (b). On March 13, 2012, the Magistrate Judge issued a Report and Recommendation recommending that the Court deny Plaintiff's motion for leave to proceed *in forma pauperis*. (Dkt. No. 9). The Magistrate Judge specifically instructed Plaintiff regarding the deadline for filing objections to the Report and Recommendation. (*Id.* at 4). Nevertheless, Plaintiff did not file any objections to the Report and Recommendation. Rather, Plaintiff paid the filing fee in advance of the Court ruling on the Report and Recommendation. (Dkt. No. 12). Thus, the Court now denies Plaintiff's motion for leave to proceed *in forma pauperis* as moot.

**AND IT IS SO ORDERED.**

Richard M. Gergel
United States District Judge

May 7, 2012
Charleston, South Carolina

1