IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Gloria Jean Edwards, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:12-693RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn D. Colvin, Commissioner of Social Security, | ) ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 39). Plaintiff has informed the Court that she was ultimately awarded Social Security disability benefits as a result of this present action that would entitle her under to a 25% contingency fee of $18,194.00. (Dkt. No. 39-1 at 3). Plaintiff has attached to this motion an executed attorney fee agreement providing for payment of a contingency fee of 25% of the any back benefits award. (Dkt. No. 39-2). Counsel for Plaintiff has further informed the Court that this award is subject to offset from a previous award under the Equal Access to Justice Act ("EAJA") of $6,031.44. (Dkt. No. 37). The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b). (Dkt. No. 40).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve

the fee in the amount of $18,194.00. Since Plaintiff is entitled to an offset for previously awarded EAJA fees, Plaintiff's counsel is directed that upon receipt of the fee award approved herein to refund to Plaintiff $6,031.44.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

January 9, 2015
Charleston, South Carolina